**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **JUAN MIGUEL DEJUS,** | **Civil No. 06-4610 MJD/SRN** |
| Petitioner, | |
| v. | |
| | **ORDER** |
| **R.L. MORRISON,** | |
| Respondent. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 30, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Petitioner's habeas corpus petition, (Docket No. 1), is **DENIED;** and

2.  This action is summarily **DISMISSED WITHOUT PREJUDICE**.

DATED: February 21, 2007

s/Michael J. Davis_____
Judge Michael J. Davis
United States District Court Judge